# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **21-Mag-5617**          Date **6/15/2021**

USAO No. **2021R00547**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint      ☐ Removal Proceedings in

*United States v.* **Tajah Dyce**

The Complaint/Rule 40 Affidavit was filed on **5/28/2021**

✓ *U.S. Marshals please withdraw warrant*

PATRICK MORONEY
Digitally signed by PATRICK MORONEY
Date: 2021.06.15 09:54:04 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: June 15, 2021

Ona T. Wang
UNITED STATES MAGISTRATE JUDGE